UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

SAMUEL W. LEDFORD,

        Plaintiff.

                                      Civ. # 12-2869 (FLW)

v.

ROBERT W. STEIN, et al.,

                                      Order of Reassignment

        Defendants.

It is on this 18th day of December, 2012,

ORDERED that the above-entitled action is reassigned from Judge Freda L. Wolfson to Judge Michael A. Shipp.

                                                      s/Jerome B. Simandle
                                          JEROME B. SIMANDLE, CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT